**Timothy E. GREEN, Plaintiff—
Appellant,**

v.

**SUMTER COURT; Tuomey Hospital;
Harry Lea Kirby; Housing Authority;
Social Security; Congress; Freedom
Housing; Health Care Department;
Water Department; Vocational Reha-
bilitation, Defendants—Appellees,**

**and**

**Alfred Quimet; Robert McCabe; Motor
Vehicle; Hearing Freedom Housing;
TB Drug and Alcohol; TB Health
Care Department; HE Bill Vocational
Rehabilitation; Education; Overpay-
ment Back Payment; Legal Rights,
Defendants.**

No. 07–1735.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2007.

Decided: Sept. 13, 2007.

Timothy E. Green, Appellant Pro Se.

Before WILKINSON, MOTZ, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Timothy E. Green seeks to appeal the
district court's order adopting the recom-
mendation of the magistrate and dismiss-
ing without prejudice his pro se civil ac-
tion. This court may exercise jurisdiction
only over final orders, 28 U.S.C. § 1291
(2000), and certain interlocutory and collat-
eral orders, 28 U.S.C. § 1292 (2000); Fed.
R.Civ.P. 54(b); *Cohen v. Beneficial Indus.
Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93
L.Ed. 1528 (1949). The order Green seeks
to appeal is not an appealable interlocutory
or collateral order. *See Domino Sugar
Corp. v. Sugar Workers Local Union 392,*
10 F.3d 1064, 1066–67 (4th Cir.1993). Ac-
cordingly, we dismiss the appeal for lack of
jurisdiction. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*DISMISSED.*